**KISOB LAW FIRM**
Apemwoyah Kisob Alaric-Lorenzo Esq. (SBN. 321507)
Attorney and Counselor-at-Law
New York, California, Nigeria & Cameroon
3680 Wilshire Blvd Suite P 04-1147
Los Angeles CA 90010
Alkisob@kisoblaw.US
Telephone: 310-361-4912
Fax: 310-882-7223
Attorney for Plaintiff ROE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROE, a minor, by and through his guardian ad litem, KYLER RUSSELL
Plaintiff,

v.

BARSTOW UNIFIED SCHOOL DISTRICT, BRENT LESLIE, AN INDIVIDUAL; and DOES 1 through 10;
Defendants /

Case No.:   5:25-cv-01220-AGR

JUDGE:  Magistrate Judge Alicia G. Rosenberg

**STIPULATION AND ~~PROPOSED~~ PROTECTIVE ORDER**

Plaintiff ROE ("**Plaintiff**") and Defendants Barstow Unified School District, Brent Leslie ("**Defendants**"), by and through their respective counsel of record, hereby stipulate as follows:

**RECITALS**

---

STIPULATION AND ORDER

- 1

**WHEREAS**, Defendant has disclosed the identities of other witnesses, who are minors, during the course of discovery, marked confidential subject to the protective order (Dkt. No. 40);

**WHEREAS**, Plaintiff seeks to contact such individuals for the limited purpose of gathering relevant evidence in this action and believes this stipulation is necessary;

**WHEREAS**, the parties seek to ensure that any such contact is conducted in a manner that protects privacy interests and avoids undue intrusion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to approval by the Court, as follows:

**STIPULATION**

1.    Permitted Contacts

The parties are permitted to contact individuals whose identities have been disclosed by Defendant and marked confidential pursuant to the protective order (Dkt No. 40) solely for purposes of investigating the claims and defenses in this action.

2.    Scope of Contact

Contact shall be limited strictly to:

(a) the Identified witnesses themselves; and

(b) such witnesses' parents or guardians, where applicable and where such contact is reasonably necessary to obtain relevant evidence.

3.    Purpose Limitation

All communications shall be limited to the gathering of information, documents, or testimony relevant to the claims and defenses in this action. No contact shall be made for any improper purpose, including harassment, intimidation, or solicitation.

5.    No Misrepresentation

**STIPULATION AND ORDER**

The parties shall clearly identify themselves and the nature of this action at the outset of any communication and shall not make any false or misleading statements.

6.    Voluntary Participation

All contacted individuals shall be informed that their participation is voluntary and that they may decline to speak or terminate the communication at any time.

8.    No Waiver

This stipulation does not waive any party's right to object to the admissibility of any evidence obtained through such contact.

9.    Further Relief

The parties reserve the right to seek further protective orders or relief from the Court as appropriate.

**DATED: March 17, 2026**                                     **KISOB LAW FIRM**



                                        _____

                                        **By:    Apemwoyah Kisob Alaric-Lorenzo, Esq.**

                                                 **Attorney for Plaintiff Roe**

**DATED: March 24, 2026**                      **CALLAHAN, THOMPSON,
                                               SHERMAN & CAUDILL, LLP**

                                        _____

                                        **By:**          Charles S. Russell
                                               Kimberly M. Olson (Bar No. 324363)
                                                  Attorneys for Defendants,
                                        Barstow Unified School District, And Brent Leslie

---

**STIPULATION AND ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:\_March 30, 2026_____

_____

ALICIA G. ROSENBERG

UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER**

- 4